Argued and submitted January 18, reversed, referee's order reinstated April 24, 1985

In the Matter of the Compensation of
Shirley J. Chase, Claimant.

CHASE,
*Petitioner,*

*v.*

SAIF CORPORATION,
*Respondent.*

(82-10712; CA A31663)

698 P2d 981

David C. Force, Eugene, argued the cause and filed the brief for petitioner.

Darrell E. Bewley, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

The issue is whether claimant proved by a preponderance of the evidence that her need in 1982 for medical services for chronic low back strain was materially caused by her 1980 compensable injury. If so, SAIF must pay her medical expenses. ORS 656.245. The referee held that she did; the Workers' Compensation Board reversed. On *de novo* review, ORS 656.298(6), we agree with the referee.

Reversed; referee's order reinstated.